O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Hanna Labs, Inc., | ) | Case No. CV 12-07131 DDP (JEMx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |
| Mike's Novelties, Inc. aka Mikes Novelties Wholesale, and DOES 1-20, | ) | |
| Defendant(s). | ) | |

    The court orders Plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff filed its Complaint in this court on August, 17, 2012, on the basis of diversity jurisdiction.  Plaintiff asserts a breach of contract claim based on Defendant's alleged non-payment. Plaintiff seeks $17,779.20 in damages and legal costs totaling $1,230 to date.  It is not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

    Accordingly, Plaintiff is ordered to file a brief, not to exceed five pages, by Friday, November 9, 2012, showing cause why

```
 1  this action should not be dismissed for failure to satisfy the
 2  amount in controversy requirement.  Plaintiff should also deliver
 3  a courtesy copy to chambers, Room 244-J, Second Floor, 312 N.
 4  Spring Street, Los Angeles.  Failure to file a brief in accordance
 5  with this Order will be deemed consent to dismissal of this action
 6  for lack of subject matter jurisdiction.
 7
 8
 9  IT IS SO ORDERED.
10
11
12  Dated: October 30, 2012
                                          DEAN D. PREGERSON
13                                        United States District Judge
```

2